# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| MAHALA A. CHURCH, individually and on behalf of all similarly situated individuals, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACCRETIVE HEALTH, INC., aka, dba, MEDICAL FINANCIAL SOLUTIONS, )<br>)<br>)<br>Defendant. )<br>) | **CASE NO.: 1:14-00057-WS-B** |

## JOINT STATEMENT REGARDING STATUS OF SETTLEMENT NEGOTIATIONS

Pursuant to the Court's Scheduling Order in this matter, the parties jointly submit this statement regarding the status of settlement negotiations:

The parties have discussed settlement on numerous occasions since the filing of this case, and most recently conducted a face-to-face settlement conference in accordance with the Court's directive on May 14, 2015. The parties have very different views of the value of the case and have been unable to reach a settlement.

Dated:  June 30, 2015

Respectfully submitted,

By: */s/ Jennifer G. Levy*

Jennifer G. Levy
Claire McCusker Murray
Kathleen A. Brogan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC  20016
Tel: (202) 879-5000
Fax: (202) 879-5200
E-Mail: jlevy@kirkland.com
Attorney ID: levyj8692; 215DCM; brogk0003

Sandy G. Robinson
CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP
Post Office Box 2906
Mobile, Alabama 36652
Telephone: (251) 415-7300
Fax:  (251) 415-7350
E-Mail: sgr@cabaniss.com
Attorney ID: robis5756

*Attorneys For Accretive Health, Inc.*

*/s/ Earl P. Underwood (with consent)*
Earl P. Underwood, Jr., Esquire
Underwood & Riemer, PC
21 South Section Street
Fairhope, Alabama 36533
epunderwood@alalaw.com
Attorney ID: UNDEE6591

*Attorney for Mahala A. Church*