IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAHALA A. CHURCH, on behalf of herself and all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CIVIL ACTION 14-0057-WS-B ) |
| **ACCRETIVE HEALTH, INC., aka dba MEDICAL FINANCIAL SOLUTIONS,** | ) ) ) |
| **Defendant.** | ) ) |

**JUDGMENT**

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 91), it is **ordered, adjudged and decreed** that plaintiff shall have and take nothing, and that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 24th day of November, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE